David A. SIMEK, Respondent,

v.

CUB FOODS, and Liberty Mutual
Insurance Company, Relators,

Minneapolis Retail Meatcutters H & W
Fund, intervenor, Respondent,

Fairview Hospital, et al., intervenors,
Respondents.

No. C3–99–202.

Supreme Court of Minnesota.

April 13, 1999.

David George Johnson, Prior Lake, for
respondent.

Janet Monson, Anne F. Knipe, Aafedt,
Forde, Gray & Monson, P.A., Minneapolis,
for appellant.

### ORDER

Based upon all the files, records and proceedings herein,

IT IS HEREBY ORDERED that the decision of the Workers' Compensation Court of Appeals filed January 4, 1999, be, and the same is, affirmed without opinion. *See* Minn. R. Civ.App. P. 136.01, subd. 1(b).

Employee is awarded $400 in attorney fees.

BY THE COURT:

/s/ Paul H. Anderson

Associate Justice